| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Timothy J. Murphy (State Bar No. 54200)<br>Jennifer K. Achtert (State Bar No. 197263)<br>FISHER & PHILLIPS LLP<br>One Embarcadero Center<br>Suite 2340<br>San Francisco, California 94111<br>Telephone: (415) 490-9000<br>Facsimile: (415) 490-9001<br><br>Attorneys for Defendants<br>Lewbell, LLC, and Fredan Properties, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LEWBELL, LLC dba TACO BELL #020318, and FREDAN PROPERTIES, LLC,<br><br>　　　　　Defendants. | CASE NO. 2:09-CV-0455-FCD-EFB<br><br>**STIPULATION AND ORDER RE: SETTLEMENT AND DISPOSITION**<br><br><br><br>Complaint Filed: February 16, 2009<br>Trial Date: TBD |

Plaintiff Lary Feezor and Defendants Lewbell, LLC (identified in the Complaint as "LEWBELL, LLC dba TACO BELL #020318") and Fredan Properties, LLC, by and through their attorneys in this regard, upon stipulation hereby request an extension of time of seven (7) days to file their Stipulation of Dismissal. In support of this stipulation, the parties state as follows:

　　　1.　　On March 11, 2009, Plaintiff submitted a Notice of Settlement in this case, indicating that the parties anticipated filing a Stipulation for Dismissal within four weeks.

　　　2.　　On March 11, 2009, this Court entered an Order re: Settlement and Stipulation ordering dispositional documents to be filed on or before April 10, 2009.

　　　3.　　The parties are not yet prepared to file a Stipulation for Dismissal, but anticipate being able to do so no later than April 17, 2009.

**STIPULATION AND ORDER RE: SETTLEMENT AND DISPOSITION**　　　　　09 CV-0455-FCD-EFB

WHEREFORE, Plaintiff Lary Feezor and Defendants Lewbell, LLC and Fredan Properties, LLC respectfully submit their stipulation providing the parties with an extension of time until April 17, 2009, to submit their Stipulation for Dismissal or other dispositional documents.

Date: April 10, 2009

By: /s/ Lynn Hubbard, III (as authorized 4/10/09)  By: /s/Jennifer K. Achtert

Lynn Hubbard, III (SBN 69773)  Timothy J. Murphy (State Bar No. 54200)
Scott Lynn Hubbard, IV (SBN 212970)  Jennifer K. Achtert (State Bar No. 197263)
Disabled Advocacy Group, APLC  FISHER & PHILLIPS LLP
12 Williamsburg Lane  One Embarcadero Center, Suite 2340
Chico, CA 95926  San Francisco, California 94111

Telephone: (530) 895-3252  Telephone: (415) 490-9000
Facsimile: (530) 894-8244  Facsimile:  (415) 490-9001

Attorneys for Plaintiff  Attorneys for Defendants
Lary Feezor  Jeanell, Inc. and Flag City Bell Partnership

**IT IS SO ORDERED.**

Dated: April 13, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE